UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JO ANN GREEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:10CV1840 RWS ) |
| LIFE INS. CO. OF NORTH AMERICA, | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that the joint motion to move the scheduling conference [#8] is granted, and the Rule 16 conference in this matter is reset for **Tuesday, November 30, 2010 at 3:30 p.m. in the chambers of the undersigned**. The parties shall comply with the Order Setting Rule 16 Conference and file their joint proposed scheduling plan no later than **November 23, 2010.**

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of October, 2010.